UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 19-191 (ESK) |
| v. | : | |
| WILLIAM HICKMAN | : | **NOTICE OF APPEARANCE** |


PLEASE TAKE NOTICE that Daniel A. Friedman, Assistant United States Attorney, is appearing for the United States in the above-captioned matter.

***s/ Daniel A. Friedman***
By: DANIEL A. FRIEDMAN
Assistant U.S. Attorney


Dated: July 28, 2025