

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

R. DAVID WALK, JR.  
*Assistant United States Attorney*

401 Market Street, 4th Floor  
Camden, NJ 08101-2098

(973) 986-7101

October 7, 2025

**VIA ECF**

Honorable Edward S. Kiel  
United States District Judge  
Mitchell H. Cohen United States Courthouse  
Fourth and Cooper Streets  
Camden, New Jersey 08102

  Re: <u>United States v. William Hickman, No. 19-191-1 (ESK)</u>

Dear Judge Kiel:

  The post-trial motions of Christopher Kyle Johnston and Trent Brockmeier will be argued on October 27, and their sentencings have been stayed pending further order of the Court. In light of this, the Government respectfully requests that the Court stay the sentencing of William Hickman pending further order of this Court and schedule his sentencing to occur after the Johnston and Brockmeier sentencings. Counsel for Mr. Hickman agrees with this request.

            Respectfully submitted,

            */s/ R. David Walk, Jr.*

            R. DAVID WALK, JR.  
            DANIEL A. FRIEDMAN  
            Assistant United States Attorneys

cc: All counsel (via ECF)