DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

William Hickman et al.
Defendant(s).

Criminal No. 1:19-cr-00191-ESK

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS (Requestor Represented by Counsel)**

I, Lawrence S. Lustberg, counsel for Christopher Kyle Johnston, wish to obtain a copy of the sentencing materials submitted to the Court on 8/14 and 8/17/26, in this case as to defendant, William Hickman. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

Email: llustberg@fbtgibbons.com

Address: One Gateway Center
Newark, NJ 07102

By: s/ Lawrence S. Lustberg
Lawrence S. Lustberg