Riker Danzig LLP
ATTORNEYS AT LAW

**Charles B. McKenna**
Partner

Direct:
t: 973.451.8496
f: 973.538.1984
cmckenna@riker.com

7 Giralda Farms, Suite 250
Madison, NJ 07940-1051

September 21, 2026

**Via E-mail and e-Filing**

Hon. Edward S. Kiel
United States District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Coooper Streets, Room 08101
Camden, NJ 08101

Re: U.S. v. William Hickman
Crim. No. 19 Crim. 191 (ESK)

Dear Judge Kiel:

I represent William Hickman, the defendant in the above-referenced matter. On August 18, 2026, Your Honor sentenced Mr. Hickman to 27 months in prison. Mr. Hickman has received a written notice that he has been designated to SCP Lewisburg and that he is to report to that facility on October 8, 2026 to begin serving his sentence.

As we noted at the Sentencing hearing, Mr. Hickman is the primary caregiver for his father who has been diagnosed with dementia. His father is in the process of selling his home and closing on the sale and Mr. Hickman is instrumental in assisting him with the process. In addition, because his sisters live out of state, their fathers' health care needs to be transitioned to new doctors in certain cases. Because of this, we would request that Mr. Hickman be permitted to report to prison on November 13, 2026 rather than October 8, 2026 so that he can assist with the house closing and properly transition

his father's health care. The government does not object to this request.

A proposed Order is transmitted herewith.

Respectfully submitted,

Charles B. McKenna

cc: David Walk, AUSA
Sarah Aliya Aliabadi, AUSA
Kimaya S. Coursey, USPO